UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. GEIER, | No. C 14-4290 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 25, 2014

_____
SUSAN ILLSTON
United States District Judge